PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
CR 99-00122-01

DOCKET NUMBER *(Rec. Court)*
3:11CR159(HEH)

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE
Bruce Johnson

DISTRICT
ND/CA

DIVISION
San Francisco

NAME OF SENTENCING JUDGE
Honorable Marilyn H. Patel

DATES OF PROBATION/ SUPERVISED RELEASE

FROM
03/01/2010

TO

FILED
JUL - 8 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFENSE
18 U.S.C. §§ 2113 (a) and (d) Armed Bank Robbery

CR 11 0465 JSW

E-filing

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/13/11
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Virginia

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 20, 2011
*Effective Date*

/s/
*United States District Judge*

JUN 22 2011